FILED
CLERK, U.S. DISTRICT COURT
APR 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FRANCISCO RODRIGUEZ-MELENDEZ <br> Defendant. | Case No.: MJ 14-797 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Western District of Texas** for alleged violation(s) of the terms and conditions of his/her (probation) [~~supervised release~~]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **absence of information about ties, "undocumented**

1  immigration status

4  and/or

5  B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: criminal charges

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/18/14

*/s/ Carla M. Woehrle*
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE